AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  Case: 1:25-cr-00031 |
| v. | )  Assigned To : Howell, Beryl A. |
| ADRIAN THOMPSON | )  Assign. Date : 1/28/2025 |
|  | )  Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ADRIAN THOMPSON**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 01/28/2025

*Issuing officer's signature*

City and state: Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/28/25, and the person was arrested on *(date)* 6/3/25
at *(city and state)* Washington DC

Date: 6/3/25

*Arresting officer's signature*

Ross Kantola DUSM
*Printed name and title*